# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEE FORTKAMP, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | 8:05CV459 |
| ) | |
| **E. I. DUPONT DE NEMOURS AND** ) | ORDER |
| **COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

    This case is before the undersigned magistrate judge for full pretrial supervision. The records of the court show that the following attorneys have not registered for admittance to practice in the District of Nebraska and have not registered for the court's CM/ECF System:


Judith Bernstein-Gaeta
ARNOLD, PORTER LAW FIRM - WASHINGTON
555 12th Street, N.W.
Washington, DC 20004-1202

James P. Denver
BOIES, SCHILLER LAW FIRM
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015

Anthony Franze
ARNOLD, PORTER LAW FIRM - WASHINGTON
555 12th Street, N.W.
Washington, DC 20004-1202

Diogenes P. Kekatos
SEEGER, WEISS LAW FIRM
One William Street
New York, NY 10004

David A.P. Brower
MILBERG, WEISS LAW FIRM - NEW YORK
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165

Scott J. Farrell
WOLF, HALDENSTEIN LAW FIRM - NEW YORK
270 Madison Avenue
New York, NY 10016

Scott E. Gant
BOIES, SCHILLER LAW FIRM
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015

Daniel W. Krasner
WOLF, HALDENSTEIN LAW FIRM - NEW YORK
270 Madison Avenue
New York, NY 10016

| | |
|---|---|
| Adam J. Levitt<br>WOLF, HALDENSTEIN LAW FIRM - ILLINOIS<br>55 West Monroe Street, Suite 1111<br>Chicago, IL 60603 | Amy J. Mauser<br>BOIES, SCHILLER LAW FIRM<br>5301 Wisconsin Avenue, N.W., Suite 800<br>Washington, DC 20015 |
| Jennifer Sclar<br>MILBERG, WEISS LAW FIRM - NEW YORK<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119-0165 | Robert Weiner<br>ARNOLD, PORTER LAW FIRM - WASHINGTON<br>555 12th Street, N.W.<br>Washington, DC 20004-1202 |

Stephen A. Weiss
SEEGER, WEISS LAW FIRM
One William Street
New York, NY 10004

The Local Rules of Practice, which are posted on the court's internet site at www.ned.uscourts.gov, require that counsel be admitted to practice in this district (NEGenR 1.7(d), (e) & (f)) and use the CM/ECF System (NEGenR 1.3 & NECivR 5.1). Because this is now a recurring issue, *see* Case No. 7:05CV5015, these attorneys will be required to fully comply with the court's rules regarding admission, registration, and payment of any applicable fees. No attorney will be exempted or excused. The required forms are attached to this order.

Local counsel are strongly encouraged to ensure that co-counsel fully comply with the terms of this order.

**IT IS ORDERED:**

1. All counsel of record shall register for the court's CM/ECF System and register for admittance to practice in the District of Nebraska.

2. Any attorney who has not fully complied with these requirements before the close of business on **October 18, 2005** will be subject to sanctions.

**DATED September 28, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**